1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARK W. ROBERTSON (SBN 200220)
mrobertson@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Fl.
New York, New York 10019
T: +1 212 326 2000
F:  +1 212 326 2061

MATTHEW KAISER (SBN 304714)
mkaiser@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Fl.
Los Angeles, CA 90071
T: +1 213 430 6000
F: +1 213 430 6407

*Attorneys for Defendant Alaska Airlines, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LUKE BURTON individually, and on behalf of all others similarly situated., | Case No. 3:25-cv-06156-JSC |
| Plaintiff, | **DECLARATION OF TAYLOR PUTNAM IN SUPPORT OF DEFENDANT ALASKA AIRLINES, INC.'S MOTION TO DISMISS COMPLAINT** |
| vs. | |
| Alaska Airlines, Inc., | |
| Defendant. | |

I, Taylor Putnam, declare as follows:

1.      I am Manager, Commercial Revenue Products for Alaska Airlines, Inc. ("Alaska").  In this position, my responsibilities include the design and execution of Alaska's Flight Pass program.  I have held this position since July 2023.

2.      I make this declaration based on my own personal knowledge and, if called upon as a witness to do so, I could and would testify under oath as to the matters set forth herein.

3.      I have attached a true and correct copy of the current "Terms and Conditions for Flight Pass" as Exhibit A, which are also available at https://subscriptions.alaskaair.com/flightpass/terms-conditions/.  These have remained the same since September 25, 2024.

4.      I have attached a true and correct copy of the "Terms and Conditions for Flight Pass" that Alaska posted on March 8, 2023, as Exhibit B.  These Terms and Conditions for Flight Pass were in effect from March 8, 2023, to September 25, 2024.

5.      I have attached a true and correct copy of the content of an email sent to Plaintiff Luke Burton on September 25, 2024, as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18 day of August, 2025, in Seattle, Washington.

By: _____
                    Taylor Putnam

PUTNAM DECL. ISO ALASKA'S
MOTION TO DISMISS
CASE NO. 3:25-CV-06156