# EXHIBIT A


Flight Pass

Book Trips          Sign In          [    Sign Up

# Terms and Conditions for Flight Pass

No rights of any kind accrue in the Flight Pass program except as specifically defined herein. There are no exceptions to these conditions of membership except for those set out in this document. Alaska Airlines reserves the right to interpret and apply these conditions of membership in its sole discretion. Alaska Airlines' Flight Pass program may be modified or terminated by Alaska Airlines at any time.

In addition to the terms and conditions set forth here, the Alaska Airlines Contract of Carriage applies to all reservations made using Flight Pass.

## Membership

*Eligibility*
Subscriptions are for individuals only. Each individual must enroll separately; there are no group or family memberships. Only individuals age 18 and older may subscribe. Subscriptions cannot be transferred to another individual or third-party. The individual specified at sign-up is the only person authorized to use this membership.

*Sign-Up*
Individuals may subscribe to Flight Pass online at FlightPass.AlaskaAir.com. Upon sign-up, the individual must create a Flight Pass account by providing a valid email address and an Alaska Airlines Mileage Plan number. All program communications will be sent to this email address.

Enrollment in the Alaska Airlines Flight Pass subscription requires each individual to provide his/her name, address, contact information, and birth date. This information must match exactly the government-issued identification the traveler will use during their travel.

Travel agents, travel arrangers, and unauthorized brokers may not create or manage Flight Pass accounts for others. Members will be asked to verify all personal information before speaking with Alaska Airlines employees about their accounts. If Alaska Airlines becomes aware that a member or a third party has misrepresented his/her identity in order to enroll in Flight Pass or perform a Flight Pass transaction, Alaska Airlines may, in its sole discretion, void the membership and/ or transaction.

*Term*
Flight Pass has a mandatory term of 12 months from activation, during which it cannot be cancelled and is non-refundable. Following the mandatory 12-month period the subscriber may choose to cancel his/her subscription. If cancelled, the subscription will end at the end of the 12-month period. If the monthly fee of the subscription will be changing at time of renewal the subscriber will be given notice. It is the responsibility of the subscriber to cancel his/her subscription before the renewal date.

## Fees

*Monthly Subscription Fees*
Monthly subscription fees will be stated at the time of purchase and sign-up or renewal. The price agreed upon at sign-up will remain unchanged for the duration of the membership term. The fees for new membership plans may change at any time and will apply to all new sign-ups from that point in time forward. Monthly fees may be subject to tax, collected by Alaska Airlines, and are non-refundable except in the specific circumstances described in these Terms. The price of the subscription varies according to the selections and personalization made by the subscriber.

*Fares*

When redeeming a credit for roundtrip tickets, the subscriber must pay the fare associated with each flight. This fare will be displayed to the customer during the booking flow. The majority of flights will have fares of $0.01. Access to these $0.01 fares is "included" in the subscription and displayed as such. Some "popular" flights will require fares of greater values. These flights will be identified as "popular" flights and the fare will be displayed to the subscriber during the booking flow.

*Taxes & Fees*
Subscribers are required to pay all mandated taxes and fees associated with each flight, regardless of the fare selected. These taxes include, but are not limited to: US Transportation Tax, US Domestic Flight Segment Tax, Passenger Facility Charge, Sep. 11th Security Fee.

*Pricing Table*
The following table displays the full cost of a Flight Pass membership assuming only flights with Included $0.01 fares are selected. The table reflects current pricing - if you purchased your Flight Pass subscription prior to the effective date of this table or through use of a promotional code, your fees and costs may be different.

| *Valid as of September 25th, 2024 | Flight Pass | Flight Pass Plus |
|---|---|---|
| Monthly Subscription Fee (inclusive of tax) | $69.00 | $129.00 |
| Roundtrip Flight Credits Received per Month | 0.5 | 1 |
| Subscription Cost per Trip | $138.00 | $129.00 |
| Total Roundtrip Flight Cost @ Booking 2 x ($0.01 fare+ $15.10 taxes & fees) | $30.22 | $30.22 |
| Total Cost per Trip | $168.22 | $159.22 |
| Roundtrip Flight Credits Received per Year | 6 | 12 |

## Payment Process

*Monthly Payments*
By joining Flight Pass, the subscriber agrees to 12 monthly, automated payments at the stated price at sign-up. The subscriber specifies the credit card to be used for the monthly payments during the sign-up process. This credit card can be updated after sign-up by logging into the Flight Pass account and updating the credit card information on file. Subscriptions are automatically renewed each month during the subscription term and the credit card on file will be billed accordingly. It is the responsibility of the subscriber to ensure the subscription is renewed successfully each month. Renewals will be processed on the 1st of each month, regardless of when the original sign-up and payment was made.

If a monthly payment is not successful, the subscriber will be alerted and benefits will be unavailable until a successful payment is processed. Any outstanding balance due will be charged at billing, up to and including prior months' balances where payments were unsuccessful and unresolved.

EWallet credits are separate from the Flight Pass program and cannot be used pay monthly Flight Pass subscription fees but may be used on applicable popular flight surcharges.

*Flight Reservations Payments*
The credit card used to pay for flight fares, taxes, and fees is specified during the booking checkout process. The subscriber must enter a valid credit card at booking and payment must be successful for a reservation to be created.

## Credits

*Deposit*
Upon successful payment each month of the monthly membership fees, credits for roundtrip flights will be deposited into the subscriber's Flight Pass account. The number of such credits, and the frequency they are deposited into a user's account, vary according to the options chosen by the subscriber during initial sign-up.

During such time that successful payment cannot be made, credits will not be deposited into an account and redemption of credits for roundtrip tickets will not be available.

*Validity*

Credits are valid up to the indicated expiration date assigned to each credit. The expiration date for each credit is the date by which that credit must be redeemed to book a future ticket on Alaska Airlines; the expiration date is not the date by which a ticket must be flown. If a credit is redeemed and a reservation created, and that reservation is cancelled prior to the credit's expiration date, the credit is still valid and may be redeposited into the subscriber's account. The redeposit process may take up to 72 hours to complete. The expiration date of the original credit applies to a redeposited credit.

*Forfeiture*

If a credit is not redeemed prior to the expiration date that credit is forfeited by the subscriber. Credits cannot be rolled-over to future periods. If a credit is redeemed prior to expiration, but the reservation created by that credit is later cancelled after the credit's expiration date, that credit is forfeit and cannot be redeposited into the subscriber's account.

## Flights

*Routes & Carriers*

Flight Pass credits can be redeemed for travel on nonstop Alaska Airlines flights within California and between California and Nevada, Arizona or Utah. Flights may be operated by Alaska Airlines, Horizon Air, or SkyWest Airlines. Only nonstop flights may be selected; no connections are permitted. Roundtrips must be between two airports; open jaw itineraries are not permitted. Flight Pass credits may not be redeemed for travel on other airlines, including partners, or on Alaska Airlines flights beyond the specified routes.

*Advanced Purchase Requirement*

The minimum advance purchase required is specified at program sign-up according to the options selected by the subscriber. Credits may be redeemed for flights between that advance purchase date and up to 90 days in the future. All travel of a roundtrip ticket must be completed within 90 days of booking.

## Reservations

*Booking*

Subscribers redeem credits and create reservations by using alaskaair.com once signing in. After logging into their account and searching for the desired roundtrip flights, the subscriber selects their desired flights, agrees to pay any associated fares, taxes, and fees for those flights, and enters billing information. Upon successful payment a reservation is created.

All advance purchase (AP) rules of the selected subscription plan apply. In the case of misuse of subscription, Alaska Airlines reserves the right to cancel reservations made by the offending subscription.

*Passenger*

The reservation is created for the passenger specified at initial program sign-up. No name changes or transfers are allowed.

*Changes*

Guest-initiated changes to reservations are permitted according to the terms laid out in this document. Changes require repricing of the entire itinerary through a cancel and rebook process. Changes to flights with the same routings and with the same classes of service available are allowed so long as the associated Flight Pass credit is within its valid expiration date at the date of requested flight change. If the original flight was purchased using a credit which has since expired, no changes can be made to the reservation - cancellation terms laid out in this document instead apply. The new flights must be within 90 days of the booking date/credit redemption date and must also meet the AP requirements of the subscription. Partially used tickets cannot be changed or modified. EWallet credits are separate from the Flight Pass program and cannot be used to pay monthly Flight Pass subscription fees but may be used on applicable popular flight surcharges.

*Cancellations*

Guest-initiated cancellation of Flight Pass reservations are permitted according to the terms in this document. Reservations may be cancelled online at www.AlaskaAir.com or by calling Alaska Airlines.

If the date of the cancel request occurs within the validity period of the credit that was redeemed to create the booking, the reservation may be cancelled and the Flight Pass credit may be redeposited into the subscriber's account. The redeposited

credit will have the same terms and expiration as the original credit. The redeposit process may take up to 72 hours to complete. The ticket value of the cancelled reservation will be returned to the guest as an eWallet credit.

*Loyalty Miles*

Reservations booked using Flight Pass may only earn miles in the Alaska Airlines Mileage Plan program. No miles may be earned as part of any other airline program, including those of Alaska Airlines' partners.

## Fare Rules

Specific fare rules pertaining to your purchased Flight Pass ticket can be found by visiting www.AlaskaAir.com and viewing your trip details.

• Tickets are nonrefundable.

• Fares and availability are subject to change without notice until purchased.

• If you are unable to travel, you must notify us before the flight departs. If you do not, we will cancel your trip and your fare will not be available for future use.

|                         | Flight Pass      |
| ----------------------- | ---------------- |
| Advance Purchase        | 14 Days          |
| Blackout Dates          | No               |
| Changes                 | Allowed[1]       |
| Fees                    | No change fee    |
| Min/Max Stay            | No               |
| Roundtrip               | Required[2]      |
| Open Jaw                | Not Allowed      |
| Refunds                 | No               |
| Standby                 | Not Allowed[3]   |
| Stopovers               | Not Allowed      |
| Ticketing Restrictions  | **No**           |

[1] Changes to a reservation must be made at least 10 minutes prior to departure. Changes are only permitted to flights within 90 days of the original booking date and are subject to the other terms and conditions set forth in this document.

[2] All reservations must be roundtrip tickets. One-way tickets are not permitted.

[3] Standby is not allowed on most tickets. Some exceptions apply. Please see fare rules specific to the purchased ticket for more details.

## Membership Cancellation

The subscription cannot be cancelled by the subscriber during the mandatory period of 12 months. Following the mandatory 12-month period the subscriber may choose to cancel his/her subscription. It is the responsibility of the subscriber to cancel; unless otherwise requested the Flight Pass will continue to renew each year. Payment terms for the new 12-month period, beginning with the 13th month, are subject to change. Any new terms will be communicated to the subscriber in advance of the new term beginning.

Cancellations at the end of each subscription term may be requested via the subscription portal or by calling Alaska Airlines.

In case the customer initiates a bank clarification (chargeback) with his/her banking institution regarding the recurring charge of the Flight Pass subscription, he will not be able to use said subscription nor any of the flights acquired until such

process is completed and the corresponding payment of the subscription is made, in order for it to be fully paid and valid.

Alaska Airlines reserves the right to cancel subscriptions for any reason and prevent future sign-ups for any reason.

**Privacy**

Members may view Alaska Airlines most up-to-date privacy notice, including opt-out options, at www.AlaskaAir.com.

The member's name, address, telephone number and Mileage Plan account number should be included in all written communications. Additional information may be requested to verify membership in telephonic communications. Alaska Airlines will not request your account password over the phone.

**Limitations on Damages**

IN NO EVENT SHALL ALASKA AIRLINES OR THEIR RESPECTIVE OFFICERS, DIRECTORS AND EMPLOYEES BE LIABLE TO ANY MEMBER, OR ANYONE CLAIMING THROUGH A MEMBER, FOR ANY DIRECT, INDIRECT OR CONSEQUENTIAL DAMAGES ARISING OUT OF ACTS OR OMISSIONS BY ALASKA AIRLINES, HORIZON AIR, SKYWEST AIRLINES, ANY MILEAGE PLAN PARTNER OR ANY MILEAGE PLAN MEMBER IN CONNECTION WITH THE MILEAGE PLAN. IF ALASKA AIRLINES AND/OR ANY MILEAGE PLAN PARTNER IMPROPERLY DENIES A MEMBER MILEAGE CREDIT, TRAVEL AWARD OR SOME OTHER BENEFIT, THE MEMBER'S EXCLUSIVE REMEDY SHALL BE THE ISSUANCE OF THE IMPROPERLY DENIED CREDIT, AWARD OR BENEFIT, IF AVAILABLE, OR SUCH ALTERNATIVE, COMPARABLE BENEFIT AS DETERMINED BY ALASKA AIRLINES IN ITS SOLE DISCRETION.

**4 WAYS TO FLY**

First Class, Premium Class, Main Cabin and Saver

Get started >

## Protect and jet-set.

Enjoy a full year of benefits for covered trip cancellations, travel delays, and more.



**Email deals**

Sign up now

**Mobile**

Get the app

**Follow us**

Case 3:25-cv-06156-JSC    Document 13-3    Filed 08/19/25

## We care a lot

Give feedback                                                    Shop our company store

## About Alaska            ## Customer service              ## Products and services

Who we are                 Help center                      Optional services and fees
Careers                    Feedback and complaints          Corporate travel
Newsroom                   Travel advisories                EasyBiz
Investor relations         Customer service commitment      Travel agents
Legal                      Canada - air travel rights       Cargo
Contract of carriage       Tarmac delay plan                Gift certificates
Privacy notice             Site map                         Travel insurance

## Explore where we fly

Flights to countries | Flights to cities | Country to country flights | City to city flights | Flights from cities | Flights from countries

Notice indicator that this external link may not follow the same accessibility or privacy policies as Alaska Airlines.

Notice indicator to alert users that action will result in the browser opening a new tab or window.

© 2025 Alaska Airlines, Inc. All rights reserved.

**Alaska Access and Flight Pass are powered by**