# EXHIBIT C



### Coming soon, a better Flight Pass.

Starting October 1, 2024, your Flight Pass subscription will allow you to book trips on alaskaair.com and in the Alaska app, along with many benefits you've been asking for!

**As of October 1, 2024, we are retiring your current plan,** but you've got options. Contact our Alaska Airlines Reservations experts at **866-347-7414 by November 30, 2024** to update your subscription and lock in the 6-flights-per-year or 12-flights-per-year option at a lower rate than new subscribers get.

If you are continuing your travel journey with us, starting October 1, 2024, the new & improved Flight Pass will provide a seamless Alaska Airlines experience: the same Alaska Airlines user ID & password will now be used for your Flight Pass account (no separate password to remember!).

Your available Flight Pass credits will be stored in your Mileage Plan™ account allowing you to book on alaskaair.com (or in the app). Your self-serve subscription options like updating billing information, viewing invoices, and term renewal can be completed on the updated Flight Pass website. You get the same reliable experience and benefits as you do on your other Alaska Airlines flights, like applying Mileage Plan complimentary upgrades, seat selection, trip insurance, and more!

Your September credit is still available for booking through the existing system until September 30, 2024. If you don't select a new plan before November 30, 2024, we will discontinue your subscription on December 1, 2024 with no penalties or action needed by you. We are sad to see you go, but we understand that the plans offered may not fit your needs.

Find some helpful How-Tos when navigating the new booking process or reach our Alaska Airlines Reservations experts at the new number: 866-347-7414.

Find some helpful How-Tos when navigating the new booking process. Alaska Airlines trained booking experts at the new number: 866-347-7414.



See the updated Flight Pass Terms & Conditions.

Learn more



Book | My account | Preferences | Contact us | oneworld®

For iPhone and Android. Get the app

This mailbox does not accept replies. If you need assistance, please visit our help center.

This email was sent to burtonkulaj@gmail.com.

Alaska Airlines, PO Box 68900, Seattle, WA 98168-0900.
© Alaska Airlines. 2024. All rights reserved.

View our privacy policy or contact us.

View in web